# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Matthew C. Husted**
        Plaintiff(s)

vs.                             **CASE NUMBER: 3:20-cv-00314 (CFH)**

**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff's Motion for Judgment on the pleadings is GRANTED, and it is further ORDERED, that defendant's Motion for Judgment on the pleadings is DENIED, and the matter is REMANDED to the Commissioner for proceedings consistent with the Memorandum-Decision & Order.

All of the above pursuant to the order of the Honorable **Christian F. Hummel**, dated this 25th day of August, 2021.

DATED: August 25, 2021

*John Domurad*
Clerk of Court

s/ Zachary Cortese
Zachary Cortese
Deputy Clerk